JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KECIA M. SIMMONS,<br><br>       Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>       Defendants. | Case No. 2:22-cv-01593-JFW-PVC<br><br>District Judge: Hon. John F. Walter<br><br>[~~PROPOSED~~] JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff KECIA M. SIMMONS ("Plaintiff") accepted Defendants FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on December 28, 2022.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

**IT IS SO ORDERED.**

Date: **January 26, 2023**

_____
Hon. John F. Walter
District Court Judge

---

1

[~~PROPOSED~~] JUDGMENT