**Closed**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KECIA M. SIMMONS,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY<br><br>Defendants. | Case No.: 2:22-cv-01593-JFW-PVCx<br><br>Hon. John F. Walter<br><br>Dept. 7A<br><br>**ORDER GRANTING JOINT STIPULATION TO RESOLVE COSTS AND EXPENSES & REQUEST FOR ENTRY OF JUDGMENT** |

The court has considered the parties' Joint Stipulation to Resolve Fees, Costs and Expenses, and hereby enters judgment in the amount of $41,000, payable to Plaintiff's counsel, Strategic Legal Practices, APC., within 60 days.

**IT IS SO ORDERED**

Dated: February 10, 2023

_____
Judge John F. Walters
United States District Judge